**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Joao Cornelio, | ) | No. CV-08-538-PHX-JAT |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Intel Corp., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

On February 8, 2008, Plaintiff filed his Complaint in state court. Defendant removed the case on March 19, 2008, and then answered on March 26, 2008 (Doc. #5). Plaintiff filed his jury trial demand on May 6, 2008 (Doc. #10).

Defendant filed the pending Motion to Strike Plaintiff's Request for Jury Trial (Doc. #15) on May 22, 2008. Defendant argues that the Federal Rules of Civil Procedure govern the time for filing Plaintiff's jury demand. And, pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff had ten days from the time of Defendant's Answer to make the jury demand. The Defendant therefore argues that Plaintiff's demand was untimely.

Plaintiff failed to respond to Defendant's Motion to Strike. Pursuant to Local Rule of Civil Procedure 7.2(i), the Court will deem Plaintiff's failure to respond as consent to the motion.

///

///

1    Accordingly,

2        IT IS ORDERED GRANTING Defendant's  Motion to Strike Plaintiff's Request for

3    Jury Trial (Doc. #15).  The Clerk of the Court shall strike Docket #10.

4        DATED this 4th day of September, 2008.

5

6

7                                        _____
                                              James A. Teilborg
8                                        United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28